JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REFUGIO RUEDA, et al., | ) Case No. CV 10-4011-OP |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| EVELYN COFRANCESCO, as an individual and dba IDLE WHEELS MOBILE HOME PARK, | ) |
| Defendant. | ) |

Pursuant to the Memorandum Opinion and Order granting Defendant's Motion for Summary Judgment on the Complaint,

Judgment is hereby entered in favor of Defendant dismissing the Complaint with prejudice, and Plaintiffs shall take nothing.

DATED: February 19, 2013

HONORABLE OSWALD PARADA
United States Magistrate Judge